| | |
|---|---|
| 1 | LINDBERGH PORTER, Bar No. 100091 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 650 California Street |
| 3 | 20th Floor |
| | San Francisco, CA  94108.2693 |
| 4 | Telephone:    415.433.1940 |
| 5 | Attorneys for Defendant |
| | TIMEC COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMIE BELLAMY, | | Case No.  C-10-03037 EMC |
| | Plaintiff, | **STIPULATION AND ORDER SELECTING ADR PROCESS** |
| | v. | |
| TIMEC COMPANY, INC., | | |
| | Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐        Non-binding Arbitration (ADR L.R. 4)

☐        Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒        Mediation (ADR L.R. 6)

(*Note:  Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5*)

STIP/[~~PROP~~] ORDER RE ADR PROCESS
(NO. C-10-03037 EMC)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1 | **Private Process:**

2 | ☐ Private ADR (*please identify process and provider*):  Not applicable.

3 | The parties agree to hold the ADR session by:  As ordered by the Court (*90 days from the
4 | date of the order referring the case to ADR mediation*).

5 | ☐ Other requested deadline:  None

7 | Dated:  October 8, 2010    /s/ *Maria Bourn*
                               Attorney for Plaintiff

9 | Dated: October 8, 2010     */s/ Lindbergh Porter*
                               Attorney for Defendant

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP/[PROP] ORDER RE ADR PROCESS
(NO. C-10-03037 EMC)      2.

1 **ORDER**

2  Pursuant to the Stipulaton above, the captioned matter is hereby referred to:

3  Non-binding Arbitration

4  Early Neutral Evaluation (ENE)

5  **X** Mediation

6  Private ADR

7  Deadline for ADR session

8  **X** 90 days from the date of this order.

9  Other

11 **IT IS SO ORDERED:**

13 Dated: 10/12/2010

UNITED STATES DISTRICT JUDGE

17 Firmwide:97898239.1 052001.1031

STIP/[PROP] ORDER RE ADR PROCESS
(NO. C-10-03037 EMC)                3.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940