| | |
|---|---|
| 1 | LINDBERGH PORTER, Bar No. 100091 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 650 California Street |
| 3 | 20th Floor |
| | San Francisco, CA  94108.2693 |
| 4 | Telephone:   415.433.1940 |
| 5 | Attorneys for Defendant |
| | TIMEC COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE BELLAMY, | Case No.  C-10-03037 CW |
| Plaintiff, | **STIPULATION AND ORDER REGARDING EXTENSION OF ADR DEADLINE** |
| v. | |
| TIMEC COMPANY, INC., | |
| Defendant. | |

Plaintiff Tommie Bellamy ("Plaintiff") and Defendant TIMEC Company, Inc. ("Defendant") (collectively the "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

On May 21, 2010, Plaintiff filed his Complaint in the Contra Costa Superior Court. Defendant removed the Complaint to this Court on July 12, 2010.  On October 26, 2010, this Court ordered the Parties to submit this matter to mediation before James Nebel by January 12, 2011.  The Court has ordered this case to go to trial on November 14, 2011.

The Parties were scheduled to mediate this matter before Mr. Nebel on January 6, 2011, and Defendant submitted its confidential mediation brief to Mr. Nebel on January 3, 2011.  Plaintiff however, advised the mediator and Defendant that he required additional information from Defendant in order to participate in an effective and meaningful mediation.  Accordingly, the parties have agreed to continue the mediation while Defendant works with Plaintiff to provide additional

STIP/[PROP] ORDER RE ADR EXTENSION
(NO. C-10-03037 CW)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  information. The mediator has agreed to work with both counsel to reschedule the mediation in
2  order to maximize the chance of success.

3      For the reasons stated above, the Parties, through their counsel, agree that it would serve the
4  best interests of the Parties to continue the deadline to complete mediation until March 14, 2011 in
5  order to allow them to complete the exchange of information and to engage in further informal
6  settlement discussions. Accordingly, the Parties hereby stipulate to continue the last day to complete
7  the alternative dispute resolution proceedings as required by the Northern District of California to
8  March 14, 2011.

10  Dated: January 21, 2011                  /s/ *Pamela Pitt*
    PAMELA PITT
11  Law Offices of Pamela Pitt
    Attorney for Plaintiff
12  TOMMIE BELLAMY

14  Dated: January 21, 2011                  */s/ Lindbergh Porter*
    LINDBERGH PORTER
15  LITTLER MENDELSON
    A Professional Corporation
16  Attorneys for Defendant
    TIMEC COMPANY, INC

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/[PROP] ORDER RE ADR EXTENSION    2.
(NO. C-10-03037 CW)

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED that the Early Neutral Evaluation in the matter of Bellamy v. TIMEC Company, Inc. be completed by March 14, 2011.

**IT IS SO ORDERED:**

Dated: **1/25/2011**

_____
CLAUDIA WILKEN
UNITED STATES MAGISTRATE JUDGE

Firmwide:99775896.1 052001.1039

cc: ADR

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP/[~~PROP~~] ORDER RE ADR EXTENSION (NO. C-10-03037 CW)    3.