Pamela Pitt (SBN: 156395)
Maria Bourn (SBN:269322)
LAW OFFICE OF PAMELA PITT
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: 415 291-9251
Facsimile: 415 291-9252

Attorney for Plaintiff, TOMMIE BELLAMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMMIE BELLAMY,<br><br>             Plaintiff,<br><br>      v.<br><br>TIMEC Company, Inc. and Does 1-20<br><br>             Defendants. | Case No.:  4:10-cv-03037-CW<br><br>STIPULATION AND ORDER FOR DISMISSAL<br>FRCP 41(a)(2) |

     Plaintiff, Tommie Bellamy and TIMEC Company, Inc., by and through counsels of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against Defendant TIMEC, with prejudice, in the above captioned matter, with both sides bearing their own costs and fees. Specifically, Bellamy requests voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Rule 41(a)(2) permits voluntary dismissal with prejudice "by court order, on terms that the court considers proper.

- 2 –

1   WHEREFORE, the Parties request this Court enter an Order dismissing TIMEC Company, Inc. from the above-captioned matter with prejudice, with all parties bearing their own costs and fees.

WHEREFORE, the Parties further request this Court retain jurisdiction of the above captioned matter to enforce the terms of the Agreement.

April 4, 2011                                  LAW OFFICE OF PAMELA PITT

                                               /s/ Pamela Pitt
                                       By:     Pamela Pitt, Attorney for
                                               Plaintiff Tommie Bellamy

April 4, 2011                                  LITTLER MENDELSON

                                               /s/ Oswald Cousins
                                       By:     Oswald Cousins, Attorney for
                                               Defendant TIMEC, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Judge Claudia Wilken, United States District Judge

Dated:  April 5, 2011

Firmwide:100941679.1 052001.1031

- 2 –

Bellamy Stipulation and [Proposed] Order